

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 4, 2022

VIA ECF
Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007



Re:   *Gamboa v. Newkirk, et al.*, No. 21 Civ. 7986 (KPF)

Dear Judge Failla:

    This Office represents the government in this action in which the plaintiff, proceeding *pro se*, seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to accept additional evidence following the denial of her naturalization application. The Court has scheduled an initial conference in this action for January 11, 2022, with a pre-conference submission due on January 6, 2022. *See* ECF No. 9. On behalf of the government, I write respectfully to request that the Court adjourn the initial conference *sine die* and stay this case until February 15, 2022, for the reasons set forth below. The plaintiff consents to this request.

    As an initial matter, this Office has not received service pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, but became aware of the case because portions of the complaint were forwarded to our attention by USCIS. Since then, the parties have been communicating regarding additional information that could lead USCIS to reopen and readjudicate the plaintiff's naturalization application. The undersigned anticipates that USCIS will be in position to determine next steps by February 15, 2022, and thus respectfully submits that the requested stay and adjournment are in the interests of efficiency and conservation of judicial and party resources.

    I thank the Court for its consideration of this letter.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

By:   *s/ Michael J. Byars*
        MICHAEL J. BYARS
        Assistant United States Attorney
        Telephone: (212) 637-2793
        Facsimile: (212) 637-2786
        E-mail: michael.byars@usdoj.gov

cc:  Jennifer M. Gamboa, *pro se* plaintiff (via ECF and e-mail)

Application GRANTED. The initial pretrial conference currently scheduled for January 11, 2022, is hereby ADJOUNRED *sine die*.

Furthermore, at the parties' request, this case is hereby STAYED until February 15, 2022. On February 15, 2022, the government is ORDERED to submit a status letter to the Court, outlining anticipated next steps as related to this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Date:    January 5, 2022          SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE